UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN RUSSO, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>   *Defendant*. | Civil Action No. 21-17234<br>(MEF)(JBC)<br><br><u>ORDER</u> |

The parties have jointly moved for approval of a Fair Labor Standards Act ("FLSA") Settlement Agreement.[1]

The Motion (Docket Entry 74) is denied.

First, the parties here provided little evidence. Nearly all the information they have supplied is in the form of unsworn assertions in legal briefs. And these briefs only lightly and occasionally cite to evidence. For example, there are no excerpts from relevant depositions.

Second, the Motion sets out virtually no information or analysis as to the basis for the proposed settlement. For example, the Motion states the "payments to the Plaintiffs are prorated based on their length of service." See id. at 4. But it does not indicate the amount they are being prorated from and how that amount was calculated. Nor does the notice indicate why "length of service" is a reasonable basis for prorating, or what the alternatives might be.

---

[1] The parties assert that: "FLSA releases are not effective absent Department of Labor or Court approval." See Motion at 1. In addition, the parties say their proposed settlement agreement is not effective until this Court approves it. See id.

Third, under the proposed settlement agreement, the attorneys' fees are about 45% of the total settlement amount. See Settlement Agreement at 1. But the parties provide no explanation for why that is "reasonable[]." See Motion at 2 n.3.

It is on this 11th day of January, 2024 SO ORDERED.

---

Michael E. Farbiarz, U.S.D.J.