# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

BRIAN RUSSO, and similarly situated individuals,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,

    Defendant.

C.A. No.: 2:21-cv-17234-MEF-JBC

## ORDER

Upon consideration of the Joint Motion to Approve Fair Labor Standards Act Settlement filed by Plaintiff, Brian Russo ("Plaintiff") and Defendant, government Employees Insurance Company ("Defendant") (collectively, "Parties"), the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

2. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Plaintiff's counsel has provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate.

WHEREFORE, this Court hereby Order that the Joint Motion be and is hereby **GRANTED**, the Settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

_____
Honorable Michael E. Farbiarz, U.S.D.J.
April 5, 2024

No party has argued that the Court does not have a role to play in approving settlements of this kind. Accordingly, the Court proceeds, for present purposes, on the assumption it does have such a role and enters this Order.